JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLISS HOLDINGS LLC, etc., | ) | SACV 10-1424-JST(RNBx) |
| | ) | |
| Plaintiff, | ) | ORDER STAYING ACTION |
| | ) | PENDING FINAL SETTLEMENT |
| v. | ) | AND REMOVING CASE FROM |
| | ) | ACTIVE CASELOAD |
| CHAUVET AND SONS INC., etc., | ) | |
| | ) | |
| Defendant. | ) | |

On April 1, 2011, plaintiff filed an Amended Notice of Settlement indicating that the parties have settled all claims and counterclaims in this action.  Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.  The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

Dated: <u>April 1, 2011</u>

<u>**JOSEPHINE STATON TUCKER**</u>
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE